March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

          -v-

    MICHAEL COLELLO

          Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TEL/VIDEOCONFERENCE**

20-CR-613 (LTS)

Defendant __MICHAEL COLELLO__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

✓ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

*s/Michael Colello by KNF, USMJ*
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

MICHAEL COLELLO
_____
Print Defendant's Name

_____
Defense Counsel's Signature

Joseph Curtis Edmondson
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

11/18/20
_____
Date

Kevin Nathaniel Fox
_____
U.S. District Judge/U.S. Magistrate Judge