

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 22, 2021

**By ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

Re:   *United States v. Michael Colello and Charles Sayegh*, 20 CR 613 (LTS)

Dear Judge Swain,

On behalf of the parties, the Government respectfully writes to request an adjournment of approximately forty-five days of the conference scheduled for March 2, 2021 to a date and time of convenience to the Court.  Because the Government has been delayed in providing to the defendants the re-production of certain previously provided discovery in a format intended to facilitate the consideration and review of that discovery by the defendants, the parties believe that the adjournment will allow the parties to come back before the Court at a time when the defendants and the Government will be better positioned to report to the Court on the status of the case and its anticipated trajectory with respect to both of the defendants and accordingly to seek any appropriate relief and receive any appropriate direction from the Court.  With the consent of the defendants, the Government also respectfully requests that the Court exclude time under the Speedy Trial Act from March 2, 2021 through the date of any granted adjournment of the conference pursuant to 18 U.S.C. § 3161(h)(7) on the basis that the interests of the defendants and the public in a speedy trial are outweighed here by the ends of justice served by allowing the defendants to consider further the discovery in the case and to consider the availability of any pretrial motions or the possibility of any pretrial dispositions, particularly amidst the circumstances of the ongoing national emergency declared in response to the coronavirus pandemic.

The application is granted.  The conference is adjourned to April 15, 2021, at 12:00 p.m.  The Court finds pursuant to 18 U.S.C. §3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through April 15, 2021, outweigh the best interests of the public and the defendants in a speedy trial for the reasons stated above.

SO ORDERED.
Dated: 2/23/2021
/s/Laura Taylor Swain, USDJ

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: *Thomas John Wright*
Thomas John Wright
Assistant United States Attorney
(212) 637-2295

cc: J. Curtis Edmondson (Counsel to Defendant Michael Colello) (by ECF)
    Florian Miedel (Counsel to Defendant Charles Sayegh) (by ECF)