

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 1, 2021

**By ECF**

The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Michael Colello and Charles Sayegh*, 20 CR 613 (LTS)

Dear Judge Swain,

      On behalf of the parties, the Government respectfully writes to request an adjournment of the conference scheduled for June 3, 2021 to a date and time of convenience to the Court during the week of July 26, 2021 or thereafter. After communication with counsel for the defendants, the Government understands that both defendants require additional time to review discovery and anticipate that an adjournment will also allow them to advance materially discussions with the Government concerning the possibility of a pre-trial disposition. Because counsel for the defendants are not available in the two weeks prior to the week of July 26, 2021, the parties respectfully seek an adjournment to that week or thereafter. With the consent of the defendants, the Government also respectfully requests that the Court exclude time under the Speedy Trial Act from June 3, 2021 through the date of any granted adjournment of the conference pursuant to 18 U.S.C. § 3161(h)(7) on the basis that the interests of the defendants and the public in a speedy trial are outweighed here by the ends of justice served by allowing the defendants to review further the discovery in the case and to consider the availability of any pretrial motions or the possibility of any pretrial dispositions.

The adjournment request is granted. The pre-trial status conference is adjourned to July 29, 2021, at 2:00 pm. The Court finds pursuant to 18 U.S.C. § 3161(H)(7)(A) that the ends of justice served by an exclusion of time from today's date through 7/29/21 outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. DE#24 resolved.
SO ORDERED.
6/1/2021
/s/ Laura Taylor Swain, Chief USDJ

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: *Thomas John Wright*
Thomas John Wright
Assistant United States Attorney
(212) 637-2295

    cc: J. Curtis Edmondson (Counsel to Defendant Michael Colello) (by ECF)
        Florian Miedel (Counsel to Defendant Charles Sayegh) (by ECF)