

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 28, 2021

**By ECF**

The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

Re:   *United States v. Michael Colello and Charles Sayegh*, 20 CR 613 (LTS)

Dear Judge Swain,

      On behalf of the parties, the Government respectfully writes to request an adjournment of the conference scheduled for July 29, 2021 to August 11, 2021 at 2:00 PM, a date and time that the parties understand is convenient for the Court.  After communications with chambers earlier this week, the parties understand that the Court is no longer able to proceed with tomorrow's conference, and the parties accordingly request this adjournment for that reason.  With the consent of the defendants, the Government also respectfully requests that the Court exclude time under the Speedy Trial Act from July 29, 2021 through the date of any granted adjournment of the conference pursuant to 18 U.S.C. § 3161(h)(7) on the basis that the interests of the defendants and the public in a speedy trial are outweighed here by the ends of justice served by allowing the defendants to continue reviewing discovery and considering the availability of any pretrial motions or the possibility of any pretrial dispositions.

The application is granted. The pretrial conference is scheduled for August 11, 2021, at 2 p.m. The Court finds pursuant to 18 U.S.C. 3161(H)(7)(A) that the ends of justice served by an exclusion of time from today's date through 8/11/21 outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. DE#26 resolved.  SO ORDERED.
7/29/2021
/s/ Laura Taylor Swain, Chief USDJ

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: *Thomas John Wright*
Thomas John Wright
Assistant United States Attorney
(212) 637-2295

cc: J. Curtis Edmondson (Counsel to Defendant Michael Colello) (by ECF)
    Florian Miedel (Counsel to Defendant Charles Sayegh) (by ECF)