UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
United States of America            :
                                    :   20 ___ CR 613 ____ (JSR)
                                    :
        -against-                   :        ORDER
                                    :
Michael Colello                     :
                                    :
        Defendant                   :
------------------------------------x

      **ORDERED**, that the defendant is hereby remanded to the custody of the United States Marshal.

      _____
      Jed S. Rakoff, U.S.D.J.
      United States District Judge

Dated: New York, New York
      5/26/2023