UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>MICHAEL COLELLO,<br><br>Defendant. | 20-cr-613 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

Defendant's sentencing date is hereby moved from Monday, August 28, 2023 at 4 p.m. to Monday, December 4, 2023 at 11 a.m.

SO ORDERED.

New York, NY
August 11, 2023

_____
JED S. RAKOFF, U.S.D.J.

1