UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────┐
│  UNITED STATES OF AMERICA            │
│                                      │
│        -v-                           │
│                                      │
│  MICHAEL COLELLO,                    │
│                                      │
│              Defendant.              │
└─────────────────────────────────────┘
```

20-cr-613 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

For the reasons stated from the bench earlier today, see 8/29/23 Transcript, the Probation Department is directed to move the presentence interview of the defendant, currently scheduled for Wednesday, August 30, 2023, to Tuesday, September 19, 2023 or any time and date thereafter set by the Probation Officer.

SO ORDERED.

New York, NY
August 29, 2023

_JED S. RAKOFF, U.S.D.J._