UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        -v-<br><br>MICHAEL COLELLO,<br><br>        Defendant. | 20-cr-613 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

Mr. Colello has informed the Court he wishes to obtain new counsel and thus has requested a brief adjournment of the sentencing date. The Court hereby adjourns the sentencing date to Friday, February 23, 2024 at 2 PM, so that Mr. Colello may obtain new counsel. This is a firm sentencing date, and no further extensions will be granted.

    SO ORDERED.

New York, NY
December 19, 2023

_____
JED S. RAKOFF, U.S.D.J.

1