UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v- | 20-cr-613 (JSR) |
| MICHAEL COLELLO, | ORDER |
| Defendant. | |

JED S. RAKOFF, U.S.D.J.:

The Court hereby adjourns the sentencing date to Monday, March 4, 2024, at 12 PM. The Government must file a response to Mr. Colello's allegations that there was a Brady violation by Monday, February 26, 2024.

SO ORDERED.

New York, NY
February 20, 2024

JED S. RAKOFF, U.S.D.J.